LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Plaintiff,
Jamie Zahrie and Payman Armin

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| Jamie Zahrie and Payman Armin, | Case No.: 5:10-cv-00293-PVT |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)** |
| vs. | |
| West Asset Management, Inc.; and DOES 1-10, inclusive, | |
| Defendants. | |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE <u>PURSUANT TO RULE 41(a)</u>

Plaintiffs, Jamie Zahrie and Payman Armin, by their attorney, hereby withdraw their complaint and voluntarily dismiss this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

DATED:  April 16, 2010                    LARA SHAPIRO

By:  <u>/s/  *Lara R. Shapiro*         </u>
         Lara R. Shapiro

Attorney for Plaintiffs
Jamie Zahrie and Payman Armin

IT IS SO ORDERED:

*Patricia V. Trumbull* (signature)

Honorable Patricia V. Trumbull

1